# U.S. District Court
## Western District of Missouri (Springfield)
### CIVIL DOCKET FOR CASE #: 6:09–cv–03459–JCE

| | |
|---|---|
| Happy et al v. Mentor Corporation | Date Filed: 12/08/2009 |
| Assigned to: Magistrate Judge James C. England | Date Terminated: 01/15/2010 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity–Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Kimberly Thomlinson Happy**   represented by   **Kristine K. Kraft**
Schlichter, Bogard &Denton
100 South 4th Street
Suite 900
St. Louis, MO 63102
(314) 621–6115
Fax: (314) 621–7151
Email: kkraft@uselaws.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Happy**   represented by   **Kristine K. Kraft**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mentor Corporation**   represented by   **Scott E. Bellm**
Turner, Reid, Duncan, Loomer &Patton
1355 E. Bradford Parkway
Suite A
Springfield, MO 65804
(417)883–2102
Fax: (417)883–5024
Email: sbellm@trdlp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Patton**
Turner, Reid, Duncan, Loomer &Patton
1355 E. Bradford Parkway
Suite A
Springfield, MO 65804
417/883–2102
Fax: 417/883–5024
Email: mpatton@trdlp.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2009 | Ï 1 | COMPLAINT against Mentor Corporation filed by Kristine K. Kraft on behalf of Kimberly Thomlinson Happy, Michael Happy. Filing fee $350, receipt number 0866–2230662. Service due by 4/12/2010.(Kraft, Kristine) (Additional attachment(s) added on 12/8/2009: # 1 Civil Cover Sheet) (Burch, C. Steve). (Entered: 12/08/2009) |
| 12/08/2009 | Ï | SUMMONS ISSUED as to Mentor Corporation. Summons returned to counsel for Plaintiff via electronic mail for service. (Burch, C. Steve) (Entered: 12/08/2009) |
| 12/08/2009 | Ï | NOTICE OF MAGISTRATE ASSIGNMENT sent via electronic mail to counsel for Plaintiff. This is a docket entry only. No document is attached. Magistrate Return due by 1/4/2010 (Burch, C. Steve) (Entered: 12/08/2009) |
| 12/11/2009 | Ï 2 | NOTICE of appearance by Scott E. Bellm on behalf of Mentor Corporation (Bellm, Scott) (Entered: 12/11/2009) |
| 12/11/2009 | Ï 3 | NOTICE of appearance by Michael J. Patton on behalf of Mentor Corporation (Patton, Michael) (Entered: 12/11/2009) |
| 12/11/2009 | Ï 4 | NOTICE of filing by Mentor Corporation *of Related Action With the Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Exhibit Transfer Order, # 2 Exhibit 13th Notice of Related Actions)(Bellm, Scott) (Entered: 12/11/2009) |
| 01/12/2010 | Ï 5 | CONDITIONAL TRANSFER ORDER (CTO–14) from Jeffery N. Luthi, Clerk of the Panel, transferring case to the MDL Panel, MDL No. 2004, Middle District of Georgia. Signed by Unassigned on 1/12/10. (Kee, Georgia) (Entered: 01/15/2010) |
| 01/15/2010 | Ï | Case electronically transferred to Middle District of Georgia. This is a TEXT ONLY ENTRY. No document is attached. (Kee, Georgia) (Entered: 01/15/2010) |